# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL KENNETH HEATH,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN GEDNEY et al.,<br><br>    Defendants. | 3:15-cv-00382-RCJ-WGC<br><br>**ORDER** |

## I. DISCUSSION

Based on the Nevada Department of Corrections ("NDOC") website, Plaintiff is currently paroled. Plaintiff has not informed this Court of his change of address and still lists Northern Nevada Correctional Center ("NNCC") as his address.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: This 12th day of January, 2016.

*William G. Cobb*
United States Magistrate Judge

2